Charlotte Adelman, of Chicago, for appellant.

No appearance for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIE MORGAN, Defendant-Appellant.

(No. 59030;

First District (1st Division)—February 25, 1974.

PER CURIAM.

HALLETT, J., took no part.

James J. Doherty, Public Defender, of Chicago (Lebert D. Bastianoni and Bernard L. Schwartz, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and John M. Cutrone, Assistant State's Attorneys, of counsel), for the People.